___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 18-00187-JLS (KESx)                           Date: April 19, 2018
Title:  Fidel Rodriguez v. Plaza Muffler and Hitch, et al.
___

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

    Not Present                                                                Not Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER TO SHOW CAUSE ("OSC")
REGARDING PLAINTIFF'S CASE STATEMENT**

    On March 14, 2018, the Court issued an Order Granting Application for Stay and Early Mediation. (Doc. 23.). In the Order, Plaintiff was directed to file with the Court and serve on Defendant(s) Plaintiff's Case Statement within fourteen (14) days. The deadline imposed by the Court for filing and service has passed.

    Plaintiff is ordered to show cause in writing, no later than **April 26, 2018**, why this case should not be dismissed and/or sanctions issued for failure to comply with this Court's order. Counsel is advised that the Court will consider the filing of Plaintiff's Case Statement on or before the date upon which the response is due as a satisfactory response to the Order to Show Cause.

                                                                        Initials of Preparer:  tg

___